ACCEPTED
03-14-00197-CV
4127640
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/12/2015 1:54:59 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00197-CV

_____

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/12/2015 1:54:59 PM
JEFFREY D. KYLE
Clerk

_____

**GRAPHIC PACKAGING CORPORATION,**
*Appellant*

**v.**

**GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS
OF THE STATE OF TEXAS; AND
KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,**
*Appellees.*

---

**UNOPPOSED, CORRECTED FIRST MOTION FOR
EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF**

---

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant Graphic Packaging Corporation moves pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, asking that this Court grant a 30-day extension of time for filing its Appellant's Reply Brief from February 17 to March 19, 2015. This Motion is UNOPPOSED by Appellees Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas. This Corrected Motion is filed in regard to Paragraph 9 below.

1

# I. INTRODUCTION

1.      Appellant is Graphic Packaging Corporation. ("Appellant").

2.      Appellees are Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas. ("Appellees").

3.      No rule provides a deadline to file this Motion to Extend.   *See* Tex. R. App. P. 38.6(d).

## II. ARGUMENT & AUTHORITIES

4.      The Court has authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file Appellant's Reply Brief.   This Motion is filed in accordance with Texas Rule of Appellate Procedure 10.5(b)(1).

5.      Appellant's Brief is currently due on Tuesday, February 17, 2015 (following President's Day, a court holiday, on February 16).

6.      The undersigned counsel for Appellants have had several pending deadlines and professional obligations since the filing of Appellee's Brief, which have prevented them from being able to complete the Reply Brief by February 17, and they have additional deadlines and obligations in the coming weeks that necessitate the 30-day extension now sought without opposition. More specifically, these deadlines include the following for Appellant's counsel:

2

a. Jimmy Martens: (1) travel to Lubbock, Texas on January 28-30 to teach a tax seminar; (2) attending and speaking at the Texas Society of Certified Public Accountants conference on February 27; (3) discovery responses due in pending litigation on March 2 and March 12; and (4) a case-dispositive, contested hearing in district court on March 9.

b. Amanda Taylor: (1) Respondent's Brief on the Merits due in the Texas Supreme Court on February 2 (No. 14-0307); (2) Respondent's Response to Petition for Review due in Texas Supreme Court on February 11 (No., 14-0336, Ward); (3) Petitioner's Reply in Support of Petition for Review due in the Texas Supreme Court on February 20 (No. 14-0647); and (4) Appellants' Reply Brief due in this Court on March 5 (No. 03-14-00510-CV).

c. Amy Silverstein: (1) Appeal of *Alon Inc.*, Opening Brief due at the California Board of Equalization on February 17; (2) *Kimberly-Clark Corp. v. Minn. Commissioner of Revenue*, Reply Summary Judgment Brief due on February 20; (3) Appeal of *Maersk Inc.*, Opening Brief due at the California Board of Equalization on February 22; (4) *Coblentz v. San Francisco*, Reply regarding Petition for Review due in California Supreme Court on March 5; and (5) *Gillette Commercial Operations v. Mich. Department of the Treasury*, Opening Brief due at the Court of Appeals on March 17.

7. Appellant therefore requests a 30-day extension of its brief-filing deadline.

8. The requested extension of Appellant's Reply Brief deadline will not prejudice any party.

9. No extensions of time have previously been requested by or granted to Appellant regarding its Reply Brief. Appellant was granted three extensions of time for its opening brief, and Appellee was granted four extensions of time for its opening brief.

10. The $10.00 filing fee has been submitted in connection with this Motion.

## III. PRAYER

For these reasons, Appellant respectfully prays, without any opposition of Appellees, that this Court grant an extension of time to file Appellant's Reply Brief from February 17 to March 19, 2015, which is 30 days from the current deadline.

Respectfully submitted,

**MARTENS, TODD, LEONARD, TAYLOR & AHLRICH**
301 Congress Ave., Suite 1950
Austin, Texas 78701
Telephone: (512) 542-9898
Telecopier: (512) 542-9899

By: <u>*/s/ Amanda G. Taylor*</u>
 Amanda Taylor
 ataylor@textaxlaw.com
 State Bar No. 24045921
 James F. Martens
 jmartens@textaxlaw.com
 State Bar No. 13050720
 Lacy L. Leonard
 lleonard@textaxlaw.com
 State Bar No. 24040561
 Danielle V. Ahlrich
 dahlrich@textaxlaw.com
 State Bar No. 24059215

SILVERSTEIN & POMERANTZ, LLP
12 Gough Street, 2nd Floor
San Francisco, California 94103
(415) 593-3502
(415) 593-3501 (Facsimile)

By: <u>*/s/ Amy Silverstein*</u>
 Amy L. Silverstein
 Asilverstein@sptaxlaw.com
 California State Bar No. 154221


**ATTORNEYS FOR APPELLANT**
**GRAPHIC PACKAGING CORPORATION**

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that counsel for Appellant has conferred with counsel for Appellee, Mr. Rance Craft, about the merits of this Motion on February 11, 2015. Mr. Craft does not oppose this Motion.

/s/ Amanda G. Taylor
Amanda G. Taylor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Unopposed First Motion for Extension of Time to File Appellant's Brief has been electronically filed and served on all counsel below on February 12, 2015.

Rance Craft
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-2872
(512) 474-2697 [fax]
rance.craft@texasattorneygeneral.gov

Cynthia A. Morales
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL,
FINANCIAL AND TAX LITIGATION DIVISION,
P.O. Box 12548
Austin, Texas 78711
(512) 463-8897
(512) 477-2348 [fax]
cynthia.morales@texasattorneygeneral.gov

/s/ Amanda G. Taylor
Amanda G. Taylor